UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  GUADALUPE BETANCOURT,<br>    Individually,<br><br>        Plaintiff,<br><br>v.<br><br>2. NITTIN JARIWALA<br>    An Individual<br><br>And<br><br>3. CHETNA HIRA<br>    And Individual<br>        Defendants. | Case No. 4:14-cv-363-JED-TLW |

## NOTICE OF ASSOCIATION OF COUNSEL

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that the undersigned counsel, Pete M. Monismith, is hereby associated with John Paul Jordan of the Jordan Law Firm as counsel for Plaintiff Guadalupe Betancourt.

The address and telephone number of Mr. John Paul Jordan is

John Paul Jordan, Esq.
THE JORDAN LAW FIRM
1703 Professional Circle, Suite 501A
Yukon, Oklahoma 73099
Telephone:  (405) 222-8721
JP@JPJORDANLAW.COM

/s/ Pete M. Monismith_____
Pete M. Monismith
3945 Forbes Ave., #175
Pittsburgh, PA 15213
724-610-1881 (phone)
412-258-1309 (fax)
pete@monismithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 2nd day of July 2014.

/s/ Pete M. Monismith_____
Pete M. Monismith
3945 Forbes Ave., #175
Pittsburgh, PA 15213
724-610-1881 (phone)
412-258-1309 (fax)
pete@monismithlaw.com

**2**